**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000860**
**11-JUL-2019**
**08:02 AM**

NO. CAAP-16-0000860

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FIRST HAWAIIAN BANK,
Plaintiff-Appellee,
v.
MEL DANIEL HORNER,
Defendant-Appellant,
and
TALIA LYNN HORNER; ASSOCIATION OF APARTMENT OWNERS
OF 1340 and 1342 HOOLI CIRCLE, by its Board of Directors;
Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10;
DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;
DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-2149)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Reifurth and Chan, JJ.)

Upon consideration of "Defendant-Appellant's Motion for Reconsideration of Intermediate Court of Appeals' Summary Disposition Order Dated 28-Jun-2019," (Motion) filed July 8, 2019, the papers in support and the record and files in this case,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, July 11, 2019.

Chief Judge

Associate Judge

Associate Judge

2